UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | ORDER FOR DISMISSAL |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | |
| **JERONIMO ORTEGA-BOTELLO** | ) | 3:02CR59-MU |

Leave of Court is hereby **granted** for the dismissal of the Bill of Indictments in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: April 11, 2008

Graham C. Mullen
United States District Judge